In the Matter of the Claim of FRANK YUME, Respondent, *v.* KNICKERBOCKER PORTLAND CEMENT COMPANY et al., Appellants.

*Matter of Yume* v. *Knickerbocker Portland Cement Co.,* 169 App. Div. 905, appeal dismissed.

(Argued September 27, 1915; decided October 19, 1915.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third

judicial department, entered at the May term, 1915, which affirmed an award of the workmen's compensation commission.

The motion was made upon the ground that the affirmance by the Appellate Division was unanimous and that permission to appeal had not been obtained.

*Harold J. Hinman* for motion.

*Bertrand L. Pettigrew* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.